Form 7-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7

| | |
|---|---|
| i5 INC.,<br><br>                    Plaintiff,<br>         v.<br><br>UNITED STATES,<br>                    Defendant. | Court No. 23-00037 |

**NOTICE OF DISMISSAL**

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: January 26, 2026

                /s/ Elon A. Pollack
                   Signature of Plaintiff's Attorney

                Elon A. Pollack, Esq.
                   Attorney for Plaintiff

                Stein Shostak Shostak Pollack & O'Hara LLP
                   Firm

                445 S. Figueroa Street, Suite 2388
                   Street Address

                Los Angeles, CA 90071
                   City, State and Zip Code

                (213) 630-8888
                   Telephone Number

                elon@steinshostak.com
                   E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
|  |  |  |  |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.


Dated: _____

                                                                              Clerk, U. S. Court of International Trade


                                                          By: _____
                                                                             Deputy Clerk



(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)